**Order filed September 27, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00484-CV
_____

## BARBARA EASLEY, Appellant

## V.

## HOSSEIN EKLILI, Appellee

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1110288**

## O R D E R

Appellant's brief was due September 19, 2018. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **October 12, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM